UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER STEPHEN JONES, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:21-CV-123-KAC-DCP |
| STATE OF TENNESSEE, TONY PARKER, LISA PARKS, and MELISSA CAMPBELL, | ) |
| Defendants. | ) |

## JUDGMENT

In its Memorandum Opinion and Order, the Court **DENIED** Plaintiff's motions to file a Second Amended Complaint [Docs. 63, 64] and **GRANTED** Defendants' motion to dismiss Plaintiff's operative Amended Complaint [Doc. 31], **DISMISSING** Plaintiff's federal claims **with prejudice** and **DISMISSING** Plaintiff's State law claims **without prejudice**.

Further the Court **CERTIFIED** in its Memorandum Opinion and Order that any appeal from that decision would not be taken in good faith, and that Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

Therefore, the Clerk is **DIRECTED** to close this file.

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　s/ Katherine A. Crytzer
　　　　　　　　　　　　　　　　　　KATHERINE A. CRYTZER
　　　　　　　　　　　　　　　　　　United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT